IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER MICHAEL        )
JOSLYN,                    )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         2:15cv297-MHT
                           )              (WO)
CORIZON MEDICAL SERVICES,  )
et al.,                    )
                           )
    Defendants.            )
```

## JUDGMENT

Upon an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Plaintiff's claims against defendants Staton Correctional Facility and Alabama Department of Corrections are dismissed for failure to state a claim upon which relief can be granted, with no costs taxed.

(3) Defendants Staton Correctional Facility and Alabama Department of Corrections are dismissed and terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed. It is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 29th day of May 2015.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE