IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL JOSLYN<br>AIS #266517,<br><br>　　　Plaintiff,<br><br>　　v.<br><br><br>CORIZON MEDICAL SERVICES and<br>NURSE LONG,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>CASE NO. 2:15-CV-297-WC<br>(WO) |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendants' motion for summary judgment is GRANTED.

2. Judgment is entered in favor of the defendants and against the plaintiff.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the plaintiff.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of November, 2017.

　　　　　　　　　　　　　　　/s/　　Wallace Capel, Jr.
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE